IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| DEBORAH A. GINDHART, | ) | No. C05-1024 JAJ |
| Plaintiff, | ) | |
| vs. | ) | PLAINTIFFS' DESIGNATION OF |
| | ) | EXPERT WITNESSES |
| THE ARCHDIOCESE OF DUBUQUE, | ) | |
| Defendants. | ) | |

The Plaintiff, Deborah A. Gindhart, hereby identifies the following expert witnesses who may be called to testify as expert witnesses at the time of trial:

Thomas Doyle
Bethesda, MD

A. W. Richard Sipe
2825 Ridgegate Row
LaJolla, CA 92037

Gary Schoener
Executive Director
Walk-In Counseling Center
2421 Chicago Avenue South
Minneapolis, MN

The Plaintiff reserves the right to call rebuttal witnesses and any witnesses designated by the Defendant.

Respectfully Submitted,

DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
Attorneys for the Plaintiff

BY: **/s/ Thomas L. Staack**
Iowa Bar #000005220

BY: **/s/ Chad A. Swanson**
Iowa Bar #000014657

3151 Brockway Road
P.O. Box 810
Waterloo, Iowa 50704
(319) 234-4471
(319) 234-8029 FAX
staackt@wloolaw.com
swansonc@wloolaw.com

Original filed.

Electronic Copy to:

Brendan T. Quann
Davin C. Curtiss
O'Connor & Thomas, P.C.
700 Locust Street, Suite 200
P. O. Box 599
Dubuque, IA 52004-0599

I:\Lit\TLS\ABUSE-PRIEST\Gindhart\Pleadings\Designation of Expert Witnesses 05.d30.wpd