IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| DEBORAH A. GINDHART, | ) | No. C05-1024 JAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATED DISMISSAL WITH** |
| vs. | ) | **PREJUDICE OF PLAINTIFF'S CLAIMS** |
| | ) | |
| THE ARCHDIOCESE OF DUBUQUE, | ) | |
| | ) | |
| Defendants. | ) | |

All parties, by their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), by this Stipulation dismiss with prejudice Plaintiff's complaint against Defendant The Archdiocese of Dubuque with the parties bearing their respective costs.

DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
Attorneys for the Plaintiff

BY: _____
Thomas L. Staack
Iowa Bar #000005220

BY: _____
Chad A. Swanson
Iowa Bar #000014657

3151 Brockway Road
P.O. Box 810
Waterloo, Iowa 50704
(319) 234-4471
(319) 234-8029 FAX
staackt@wloolaw.com
swansonc@wloolaw.com

1

                O'CONNOR & THOMAS, P.C.
                Attorneys for Defendant

BY: _____
                Brendan T. Quann   000004440

BY: _____
                Davin C. Curtiss    000014786

                700 Locust Street, Suite 200
                P. O. Box 599
                Dubuque, Iowa 52004-0599
                563-557-8400
                563-556-1867 FAX
                bquann@octhomaslaw.com
                dcurtiss@octhomaslaw.com

I:\Lit\TLS\ABUSE-PRIEST\Gindhart\Pleadings\Stipulated Dismissal With Prejudice.wpd